# Court of Appeals
# of the State of Georgia

ATLANTA,  February 24, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0955.  LOUIS LEE THOMAS v. THE STATE.**

Louis Lee Thomas filed this direct appeal from the superior court's order denying his motion to be removed from the sex offender registry under OCGA § 42-1-19.  Under OCGA § 5-6-35 (a) (5.2), however, "[a]ppeals from decisions of superior courts granting or denying petitions for release pursuant to Code Section 42-1-19" must be taken by application for discretionary appeal.  Thomas's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  02/24/2016
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

        *Stephen E. Castlen* , *Clerk.*